SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
MARIA TORRES,

        PLAINTIFF

-against-

CAPITAL ONE FINANCIAL CORPORATION,

        DEFENDANT.
-----------------------------------------------------------------X

Index No.: 159501/2024

SUMMONS WITH NOTICE

To the above named Defendant:
Capital One Financial Corporation
c/o CSC Service Company
80 State Street
Albany, NY 12207

    YOU ARE HEREBY SUMMONED to appear in the Supreme Court of the City of New York, County of New York at the office of the Clerk of said Court at 60 Centre Street in the County, City and State of New York within the time the law provides as follows:

(a)    If this summons is served to you personally, you must appear and answer within TWENTY days after such service; or

(b)    if this summons is served by delivery to any person other than you personally or if this summons is served outside the City of New York, or by publication, or by any other means other than personal delivery to you, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer

    YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

    The basis of venue is CPLR § 503(a).

Dated:    New York, New York
          October 14, 2024

                                            Bryant & Pipenger, LLP

                                            By:/s/ Stephen Pipenger
                                                Stephen Pipenger, Esq.
                                            68 Jay Street, Suite 201
                                            Brooklyn, NY 11201
                                            P: (646) 732-5700

Defendant: Capital One Financial Corporation
c/o CSC Service Company
80 State Street
Albany, NY 12207

Notice: The nature of this action is the wrongful termination of the Plaintiff based upon her ethnicity, sex, color, disability or some other cognizable theory at law pursuant to New York State Executive law § 296 and other applicable law.

The relief sought is money damages to include interest and attorney's fees in an amount to be determined but no less than $250,000.

Should the defendant fail to appear herein, judgment will be entered by default for the sum of $250,000, with interest from the date of June 17, 2022 and the costs of this action.

Venue:
Plaintiff(s) designate New York County as the place of trial. The basis of venue is CPLR § 503(a).